```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

JOSEPH D'CRUZE,

        Plaintiff,

   - against -

BLT STEAK HOUSE LLC,

        Defendant.

18-cv-11133 (JGK)

ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

   The parties should provide a status report by August 26, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
          August 18, 2020

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                                **United States District Judge**