```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

JOSEPH D'CRUZE,

                Plaintiff,

       - against -

BLT STEAK HOUSE LLC,

                Defendant.

───────────────────────────────────────

18-cv-11133 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties were ordered to provide a status report by August 26, 2020. No such report was filed. If the parties fail to file a status report by September 21, 2020, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
            September 11, 2020

                                  /s/ John G. Koeltl
                                    John G. Koeltl
                       United States District Judge