```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**JOSEPH D'CRUZE,**

                Plaintiff,

    - against -

**BLT STEAK HOUSE LLC,**

                Defendant.

------------------------------------------------

**18-cv-11133 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties are directed to advise the Court by **January 4, 2021** on the status of this case. If the parties fail to do so, the court may dismiss this case without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **December 23, 2020**

                                          /s/ John G. Koeltl
                                            **John G. Koeltl**
                             **United States District Judge**