```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOSEPH D'CRUZE,

                Plaintiff,

        - against -

BLT STEAK HOUSE LLC,

                Defendant.

18-cv-11133 (JGK)

<u>ORDER</u>

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff should advise the Court by February 12, 2021, whether, consistent with the defendant's letter dated February 3, 2021 (ECF No. 19), the plaintiff agrees this case should be dismissed with prejudice.  If the plaintiff fails to respond, the case will be dismissed with prejudice based on the representations by the defendant.  The conference scheduled for February 12, 2021 is canceled.

    The defendant is ordered to send a copy of this Order to the plaintiff at his last known address and to file proof of service by Friday, February 5, 2021.

**SO ORDERED.**

**Dated:   New York, New York**
            **February 3, 2021**

                                                                                            /s/ John G. Koeltl
                                                                    **John G. Koeltl**
                                                          **United States District Judge**