```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

| | |
|---|---|
| **JOSEPH D'CRUZE,** | **18-cv-11133 (JGK)** |
|     Plaintiff, | ORDER |
|  - against - | |
| **BLT STEAKHOUSE LLC,** | |
|     Defendant. | |

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

  The plaintiff has failed to respond to this Court's Order, dated February 3, 2021. For the reasons stated in that Order, this case is dismissed with prejudice. The Clerk is directed to close this case.

**SO ORDERED.**

**Dated:**  New York, New York
     March 8, 2021

                 _/s/ John G. Koeltl_
                   John G. Koeltl
              United States District Judge